Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway | Malibu, CA 90265

1  **CLARKSON LAW FIRM, P.C.**
2  Ryan J. Clarkson (SBN 257074)
   *rclarkson@clarksonlawfirm.com*
3  22525 Pacific Coast Highway
   Malibu, CA 90265
4  Tel: (213) 788-4050
   Fax: (213) 788-4070
5
6  *Attorneys for Plaintiffs*
7
8  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
9

| | |
|---|---|
| MATTHEW SINATRO, PHILLIP WHITE, and JESSICA PROST, individually and on behalf of all others similarly situated, | Case No.: 22-cv-03603-TLT |
| Plaintiffs, | CLASS ACTION |
| v. | Assigned to Hon. Trina L. Thompson |
| MRS. GOOCH'S NATURAL FOOD MARKETS, INC., a California corporation, and WHOLE FOODS MARKET CALIFORNIA, INC., a California corporation, | **PLAINTIFFS' NOTICE OF INTENT NOT TO FILE MOTION FOR CLASS CERTIFICATION** |
| Defendants. | |

PLAINTIFFS' NOTICE OF INTENT NOT TO FILE MOTION FOR CLASS CERTIFICATION

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs Matthew Sinatro, Phillip White, and Jessica Prost ("Plaintiffs") do not intend to file a motion for class certification in this action ("Notice").

On February 16, 2023, the Court entered an order granting in part and denying in part Defendants' motion to dismiss Plaintiffs' First Amended Complaint ("Dismissal Order") (Dkt. 58). In the Dismissal Order, the Court concluded it did not have subject matter jurisdiction over the matter. The Order also adjudicated Plaintiffs' claims under Federal Rule of Civil Procedure 12(b)(6). The Court provided Plaintiffs with leave to amend their complaint no later than March 17, 2023. On March 17, 2023, Plaintiffs filed their notice of intent not to file an amended complaint (Dkt. 61). As stated in that notice, Plaintiffs were not withdrawing or otherwise altering the relief sought in their pending Motion for Leave to File Motion for Reconsideration of the Order (Dkt. 60): for the Court to withdraw, vacate, or otherwise modify the Dismissal Order to reflect only the Court's ruling on subject matter jurisdiction. This Notice likewise does not operate to withdraw or otherwise alter the relief sought in that pending Motion. Plaintiffs respectfully maintain that, without subject matter jurisdiction, the Court was without authority to rule on the merits of their claims under Rule 12(b)(6).

**Current Deadlines**

| Date | Deadline |
| --- | --- |
| July 13, 2023 | Class Certification Motion |
| September 16, 2023 | Opposition to Class Certification |
| September 29, 2023 | ADR Deadline |
| November 16, 2023 | Reply in Support of Class Certification |
| December 12, 2023 at 2:00 p.m. | Hearing on Class Certification |
| December 14, 2023 at 2:00 p.m. | Further Case Management Conference |
| March 29, 2024 | Fact Discovery Cut-Off |
| April 26, 2024 | Expert Disclosures Due |
| May 25, 2024 | Expert Rebuttals Due |

| | |
|---|---|
| July 24, 2024 | Expert Discovery Due |
| July 24, 2024 | Deadline to File Dispositive Motions |
| August 27, 2024 2:00 p.m. | Hearing on Dispositive Motions |
| October 24, 2024 | Deadline to Meet & Confer on Pretrial Filings |
| December 5, 2024 | Joint Pretrial Statement Due |
| December 12, 2024 at 3:30 p.m. | Final Pretrial Conference |
| January 21, 2025 | Trial (5-7 Days) |

Dated: July 7, 2023　　　　　　　　　　**CLARKSON LAW FIRM, P.C.**

　　　　　　　　　　　　　　　　　　　 /s/ Ryan J. Clarkson
　　　　　　　　　　　　　　　　　　　Ryan J. Clarkson, Esq.

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*